| | | |
|---|---|---|
| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 13 |
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK: Stephen Ybarra | REPORTER/DIGITAL RECORDING: 12:21 - 12:34 |
| MAGISTRATE JUDGE: Laurel Beeler | DATE: March 23, 2022 | NEW CASE ☐    CASE NUMBER: 3:22-mj-70339-MAG |

### APPEARANCES

| DEFENDANT: Grant McKay Durtschi | AGE | CUST: Y | P/NP: P | ATTORNEY FOR DEFENDANT: Gabriela Bischof | PD. ☒  RET. ☐  APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY: Erin A. Cornell | INTERPRETER: n/a | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER: Elba Romero | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

- ☐ INITIAL APPEAR
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS / TRIAL SET
- ☐ I.D. COUNSEL
- ☐ ARRAIGNMENT
- ☐ BOND HEARING
- ☐ IA REV PROB. or S/R
- ☐ OTHER
- ☒ DETENTION HRG
- ☐ ID / REMOV HRG
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☐ ATTY APPT HEARING

### INITIAL APPEARANCE

- ☐ ADVISED OF RIGHTS
- ☐ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME:

### ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED SUBSTANCE
- ☐ WAIVER OF INDICTMENT FILED

### RELEASE

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY $
- SPECIAL NOTES
- ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED  ☐ CASH $       CORPORATE SECURITY ☐       REAL PROPERTY: ☐

- ☒ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☒ DETAINED
- ☐ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF  Middle District of Louisiana.

### PLEA

- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- GUILTY TO COUNTS: ☐
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

### CONTINUANCE

TO:  
AT:  
BEFORE HON.:  

- ☐ ATTY APPT HEARING
- ☐ SUBMIT FINAN. AFFIDAVIT
- ☐ DETENTION HEARING
- ☐ BOND HEARING
- ☐ PRELIMINARY HEARING
- ☐ ARRAIGNMENT
- ☐ STATUS RE: CONSENT
- ☐ CHANGE OF PLEA
- ☐ MOTIONS
- ☐ TRIAL SET
- ☐ STATUS
- ☐ JUDGMENT & SENTENCING
- ☐ TIME WAIVED
- ☐ TIME EXCLUDABLE UNDER 18 § USC 3161
- ☐ IDENTITY / REMOVAL HEARING
- ☐ PRETRIAL CONFERENCE
- ☐ PROB/SUP REV. HEARING

### ADDITIONAL PROCEEDINGS

This proceeding held via Zoom video conference. Defendant consents to proceed by video. AUSA offers proffer; defense offers proffer. AUSA shall submit a proposed detention order. Defendant shall appear in the charging district on 4/6/2022.

DOCUMENT NUMBER: