UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>GRANT MCKAY DURTSCHI,<br><br>Defendant. | Case No. 3:22-mj-70339 LB<br><br>DETENTION ORDER |

 For the reasons stated on the record at the detention hearing, and based on the record (including the parties' submissions and proffers), the court detains the defendant. without prejudice to the defendant's right to seek review or reconsideration. The government must establish the risk of non-appearance by a preponderance of the evidence, and it must establish danger to the community by clear and convincing evidence. 18 U.S.C. § 3142(f)(2)(B); *see United States v. Motamedi*, 767 F.2d 1403, 1407 (9th Cir. 1985). The government has met its burden on both grounds.

 The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. *See* 18 U.S.C. § 3142(i)(2). The defendant must be afforded a reasonable opportunity to consult privately with

DETENTION ORDER – 3:21-mj-70339 LB

1  counsel. *See id*. § 3142(i)(3). On order of a court of the United States or on request of an attorney
2  for the government, the person in charge of the corrections facility must deliver the defendant to
3  the United States Marshal for a court appearance. *See id*. § 3142s(i)(4).

4  **IT IS SO ORDERED.**

5  Dated: March 24, 2022



_____
LAUREL BEELER
United States Magistrate Judge